
RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE _8, 7 ,08_

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | |
|---|---|
| **SAMMY DAVIS** | **CIVIL ACTION NO. 07-2233** |
| **VS** | **SECTION "P"** |
| **DOUGLAS L. HEBERT, JR., ET AL** | **CHIEF JUDGE HAIK** |
| | **MAGISTRATE JUDGE METHVIN** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief may be granted under 28 U.S.C. § 1915(e)(2)(B)(I) and (II).

THUS DONE AND SIGNED in Chambers at Lafayette, Louisiana, this _7_ day of _August_, 2008.

CHIEF JUDGE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT